# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
ROBERT LESTER,                      *
                                    *
            Plaintiff,              *
                                    *   Nos. 04-1463L; 04-14638L
      v.                            *   Filed: June 29, 2018
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *  *
```

### O R D E R

The court is in receipt of the stipulation to voluntarily dismiss the claims of the above captioned plaintiff in the case of Raymond Spencer, et al. v. United States, Case No. 04-1463L. The claims associated with the above-captioned plaintiff, are, hereby, **SEVERED** from the case of Raymond Spencer, et al. v. United States, Case No. 04-1463L and shall be reorganized, for case management purposes, into the above-captioned case, Robert Lester v. United States, and assigned Case No. 04-14638L. The court **DISMISSES**, with prejudice, the claims of the Robert Lester. The Clerk's Office shall enter **JUDGMENT** consistent with this Order, pursuant to Rule 41 of the Rules of the United States Court of Federal Claims.  As the Order disposes of all properties of the named plaintiff, Case No. 04-14638L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs in the case of Raymond Spencer, et al. v. United States, Case No. 04-1463L.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**